### 16756.  WARD *v.* THE STATE.

LUKE, J.  The evidence clearly authorized the conviction in this case, and the special assignment of error upon the ground that the venue was not proved is without merit.  The court properly overruled the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
              DECIDED NOVEMBER 11, 1925.

Possessing intoxicating liquor; from Putnam superior court—Judge Park.  July 11, 1925.

*W. T. Davidson,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---

### 16760.  COBLER *et al. v.* THE STATE.

The evidence authorized the verdict.
              DECIDED NOVEMBER 11, 1925.

Assault with intent to rob; from Newton superior court—Judge Hutcheson.  July 11, 1925.

*A. D. Meador, Branch & Howard,* for plaintiffs in error.

*Claude C. Smith, solicitor-general,* contra.

LUKE, J.  The special assignment of error upon an excerpt from the charge of the court has been abandoned by counsel for plaintiffs in error, and the case is here upon the sole assignment of error that the verdict is unauthorized by the evidence.  We can not say that the verdict is without evidence to support it; and the court, having approved the verdict, properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*